No. 89–7340.   WHITAKER *v.* BAY AREA RAPID TRANSIT.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 89–7342.   DEMING *v.* RICHNER ET AL.   C. A. 9th Cir. Certiorari denied.

No. 89–7344.   FIXEL *v.* DEEDS, WARDEN, ET AL.   Sup. Ct. Nev.   Certiorari denied.

No. 89–7353.   CHRISTOPHERSON ET UX. *v.* SHAWANO COUNTY. Ct. App. Wis.   Certiorari denied.

No. 89–7358.   THOMAS ET UX. *v.* SOUTHTRUST BANK OF ALABAMA, AS ASSIGNEE OF SOUTHTRUST MOBILE SERVICES.   C. A. 11th Cir.   Certiorari denied.

No. 89–7365.   SHUMAN *v.* CELESTE, GOVERNOR OF OHIO, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–7368.   LONG ET AL. *v.* FAUVER, COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 3d Cir. Certiorari denied.

No. 89–7371.   MOORE *v.* DISTRICT OF COLUMBIA DEPARTMENT OF PUBLIC WORKS.   Ct. App. D. C.   Certiorari denied.

No. 89–7372.   KERNS *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 89–7373.   KLACSMANN *v.* CASTELLANO.   C. A. 11th Cir. Certiorari denied.

No. 89–7374.   KLACSMANN *v.* FEDAK.   C. A. 11th Cir.   Certiorari denied.

No. 89–7375.   KURTZ *v.* EDMISTON, SUPERINTENDENT, SOUTHERN STATE CORRECTIONAL FACILITY, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–7381.   BROWN *v.* TOOMBS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–7384.   COSBY *v.* DOYLE ET AL.   C. A. 4th Cir.   Certiorari denied.